

**IT IS ORDERED as set forth below:**

**Date: April 16, 2013**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

```
               UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION

IN RE:  BRENT A. SLAYTON AND       {  CHAPTER 13
        MARGARET A. SLAYTON,       {
                                   {
        DEBTOR(S)                  {  CASE NO. A11-81758-MGD
                                   {
                                   {  JUDGE: DIEHL
```

**ORDER DENYING MOTION TO DISMISS HELD APRIL 10, 2013**

The above-styled matter came before the Court, and it appearing to the Court, that an agreement was made at the call of the Court's calendar, to a payment arrangement on a strict compliance basis.  It is

HEREBY ORDERED, that the regular Chapter 13 Plan payments shall be remitted to the Chapter 13 Plan, commencing with the next plan payment following the entry date of this Order and continuing for twelve (12) months following entry of this Order on a strict compliance basis.  It is

FURTHER ORDERED, that should a default occur with any of the above-stated terms the Trustee may submit a Supplemental Report recommending dismissal, and, on receipt of such report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice of hearing.

The Clerk of Court is directed to serve a copy of this Order on Debtors, the Debtors' Attorney, and the Chapter 13 Trustee.

End of Document

Presented by:

_____/s/_____
Albert C. Guthrie, Esquire
for Mary Ida Townson
Standing Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA  30303-1740
(404) 525-1110
GA Bar No.:  142399
albertg@atlch13tt.com

```
                        UNITED STATES BANKRUPTCY COURT
                        NORTHERN DISTRICT OF GEORGIA
                              ATLANTA DIVISION


   IN RE:   BRENT A. SLAYTON AND       {   CHAPTER 13
            MARGARET A. SLAYTON,       {
                                       {
            DEBTOR(S)                  {   CASE NO. A11-81758-MGD
                                       {
                                       {   JUDGE: DIEHL
```

**DISTRIBUTION LIST**

```
   MARY IDA TOWNSON
   CHAPTER 13 TRUSTEE
   SUITE 2200
   191 PEACHTREE STREET, NE
   ATLANTA, GA   30303-1740

   BRENT A. SLAYTON
   3930 BONNETT CREEK LANE
   HOSCHTON, GA 30548

   MARGARET A. SLAYTON
   3930 BONNETT CREEK LANE
   HOSCHTON, GA 30548

   R. JEFFREY FIELD & ASSOCIATES
   342 N. CLARENDON AVENUE
   SCOTTDALE, GA 30079
```

United States Bankruptcy Court
Northern District of Georgia

In re:                                                            Case No. 11-81758-mgd
Brent Adams Slayton                                               Chapter 13
Margaret Annette Slayton
         Debtors

# CERTIFICATE OF NOTICE

District/off: 113E-9          User: simpsonk             Page 1 of 2             Date Rcvd: Apr 17, 2013
                              Form ID: pdf403            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2013.
db/jtdb     +Brent Adams Slayton,    Margaret Annette Slayton,    3930 Bonnett Creek Lane,
              Hoschton, GA 30548-6200
aty         +Albert Clark Guthrie,    Mary Ida Townson, Ch. 13 Trustee,    Suite 2200,
              191 Peachtree Street, NE,    Atlanta, GA 30303-1770
tr          +Mary Ida Townson,    Chapter 13 Trustee,    Suite 2200,   191 Peachtree Street, NE,
              Atlanta, GA 30303-1770

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: contactus@fieldlawoffice.com Apr 17 2013 23:42:41     R. Jeffrey Field,
               R. Jeffrey Field & Associates,   342 N. Clarendon Avenue,   Scottdale, GA 30079-1320
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2013**              Signature:   _Joseph Speetjens_

```
District/off: 113E-9                  User: simpsonk                Page 2 of 2                  Date Rcvd: Apr 17, 2013
                                      Form ID: pdf403               Total Noticed: 4


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2013 at the address(es) listed below:
              Albert Clark Guthrie    on behalf of Trustee Mary Ida Townson courtdailysummary@atlch13tt.com
              Brandi Rainey Lesesne    on behalf of Creditor    Trustmark National Bank, brlesesne@jflegal.com,
               ECF_GA@prommis.com
              Mary Ida Townson    courtdailysummary@atlch13tt.com
              Patti H. Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              R. Jeffrey Field    on behalf of Joint Debtor Margaret Annette Slayton contactus@fieldlawoffice.com
              R. Jeffrey Field    on behalf of Debtor Brent Adams Slayton contactus@fieldlawoffice.com
                                                                                             TOTAL: 7
```

Case 11-81758-mgd    Doc 50    Filed 04/19/13    Entered 04/20/13 02:43:05    Desc Imaged
Certificate of Notice    Page 5 of 5